UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**13-80159-CR-RYSKAMP/HOPKINS**

CASE NO. _____

18 U.S.C. § 922(g)(1)



FILED by KZ D.C.
ELECTRONIC

**Aug 13, 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

STEPHEN H. MORSE,
   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about July 25, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**STEPHEN H. MORSE,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, two (2) Glock 9 millimeter handguns, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

Upon conviction of the violation alleged in this indictment, the defendant STEPHEN H. MORSE shall forfeit to the United States any firearm or ammunition involved in or used in said violation, including, but not limited to the following:

   a. Two (2) Glock, 9 millimeter handguns,
   b. One (1) Glock, .40 caliber handgun,
   c. One (1) Sig Sauer, .45 caliber handgun,
   d. One (1) Karr, 9 milimeter handgun,
   e. One (1) Smith & Wesson, .38 caliber handgun, and
   f. One (1) Browning, 9 milimeter handgun

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d),

and the procedures outlined at Title 21, United States Code, Section 853.

                                      A TRUE BILL

                                      _____
                                      FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 13-80159-CR-RYSKAMP/HOPKINS

vs.

STEPHEN H. MORSE,

## CERTIFICATE OF TRIAL ATTORNEY*

**Defendant.**
_____/

**Superseding Case Information:**

New Defendant(s)       Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

**Court Division:** (Select One)

___ Miami      ___ Key West
___ FTL    _X_ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    NO
   List language and/or dialect   ___

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_          Petty       ___
   II   6 to 10 days      ___          Minor       ___
   III  11 to 20 days     ___          Misdem.     ___
   IV   21 to 60 days     ___          Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes:
   Magistrate Case No. 13-8352-JMH
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___  x  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes ___  x  No

_____
ADAM C. MCMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. 13-80159-CR-RUSKAMP/HOPKINS

Defendant's Name:   Stephen H. Morse

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Unlawful Firearm possession by a convicted felon | 18:922(g)(1) | 10 years<br>$250,000 fine<br>SR: 3 years<br>$100 Special Assessment |
|  | Forfeiture |  |  |